**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

FILED
2015 JUN 12  A 10: 57
US MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUSTAVO NAVARO,<br><br>Defendant. | Magistrate No.   2:15-mj-0492-PAL<br><br>**ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR GUSTAVO NAVARO** |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said GUSTAVO NAVARO before the United States District Court at Las Vegas, Nevada, on or about     June 24, 2015 _, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED this 12th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

1  DANIEL G. BOGDEN
   United States Attorney
2  LISA CARTIER-GIROUX
   Assistant United States Attorney
3  333 Las Vegas Blvd. South, Ste. 5000
   Las Vegas, Nevada 89101
4  (702) 388-6336 / Fax (702) 388-6418

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GUSTAVO NAVARO,<br><br>        Defendant. | **Magistrate No.**   2:15-mj-0492-PAL<br><br>**PETITION FOR WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR GUSTAVO NAVARO** |

    The petition of the United States Attorney for the District of Nevada respectfully shows that GUSTAVO NAVARO is committed by due process of law in the custody of the Warden, Clark County Detention Center, 330 South Casino Center, Las Vegas, Nevada 89101, that it is necessary that GUSTAVO NAVARO be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said GUSTAVO NAVARO may be present before the United States District Court for the District of Nevada, at Las Vegas, Nevada, on       June 24, 2015 _, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

    That the presence of GUSTAVO NAVARO before the United States District Court on or about       June 24, 2015 _, at the hour of 3:00 p.m., for an arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, 330 Casino Center, Las Vegas, Nevada 89101, and to the United States Marshal for the District of Nevada, commanding them to produce the said GUSTAVO NAVARO before the United States District Court on or about June 24, 2015, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Las Vegas Detention Center, Las Vegas, Nevada.

DATED this 11th day of June, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/
LISA CARTIER-GIROUX
Assistant United States Attorney